IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 11-04944 BKT

ALEX DAVID NEGRON FERNANDEZ

Chapter 13

BRENDALY ROMAN ORTIZ

XXX-XX-8749

XXX-XX-5099

FILED & ENTERED ON 11/03/2011

Debtor(s)

**NOTICE RESCHEDULING HEARING ON CONFIRMATION**

The hearing on confirmation scheduled for 11/10/2011 at 09:00 A.M. will now be held on 12/14/2011 at 09:00 A.M., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur, Courtroom No. 1, Second Floor, San Juan, Puerto Rico.

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).

San Juan, Puerto Rico, this 03 day of November, 2011.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
CLERK OF THE COURT

BY: S/MARISOL LOPEZ QUINONEZ
Case Manager

CC: ALL CREDITORS